IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH VERNON ROBINSON, II

    Petitioner,　　　　　　　　　　No. 2:11-cv-2289 DAD (PC)

  vs.

R, GROUNDS, Warden,

    Respondent.　　　　　　　　　　<u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 5, 2011, respondent filed a motion to dismiss this action as barred by the applicable statute of limitations. Petitioner has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 4, 2011, petitioner was advised of the deadline for filing an opposition to a motion to dismiss.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in a recommendation

1

1  that respondent's motion be granted and this action dismissed as barred by the statute of
2  limitations.
3  DATED: January 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
robi2289.46osc